Filing # 170274645 E-Filed 04/04/2023 10:11:24 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

SUZANNE SPINELLI,
    Plaintiff,

                        Case No.:

v.

HARTFORD INSURANCE
COMPANY OF THE MIDWEST,
    Defendant.
_____/

## COMPLAINT FOR BREACH OF CONTRACT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, Suzanna Spinelli, by and through the undersigned attorney, and file this Complaint against the Defendant, Hartford Insurance Company of the Midwest, and as grounds therefore, states as follows:

### General Allegations

1. At all times relevant hereto, Suzanne Spinelli was a resident of the State of Florida, owning and maintaining the subject property in Lee County, Florida.

2. At all times relevant hereto, the Defendant, Hartford Insurance Company of the Midwest, were an insurance company organized and existing under the laws of the State of Florida and doing business in the State of Florida.

3. The amount in controversy in this action exceeds the sum of Fifty Thousand and One Dollars ($50,001.00), exclusive of pre-judgment interest, court costs, and attorney's fees.

## Count I: Breach of Contract

4. Plaintiff realleges each and every allegation set forth in Paragraphs 1 through 3 above, as if fully set forth herein.

5. This are an action for damages for breach of insurance contract against Hartford Insurance Company of the Midwest ("Hartford").

6. In consideration of the premium paid to it, Hartford issued to Plaintiff a contract of insurance, Policy No.: 55RBA359156, which was in full force and effect at the time of the loss and damage at the insured premises at 1502 SE 31st Terrace, Cape Coral, Florida 33904. Plaintiff has attached hereto as Exhibit "A" a copy of the subject insurance policy.

7. On or about September 28, 2022, Plaintiff's insured property was damaged by Hurricane Ian.

8. The loss and damage to Plaintiff's covered property resulted from a peril for which the policy of insurance issued by Defendant provides coverage.

9. The loss and damage caused by Hurricane Ian caused the Plaintiff to sustain loss to the property and structures, and to incur additional expenses.

10. Plaintiff has made a timely claim for the damage and loss.

11. Plaintiff has requested that Hartford pay for the damages, but Hartford has failed and refused to fully pay the aforementioned damages.

12. Plaintiff has done and performed all those matters and things properly required of her under the insurance policy or, alternatively, has been excused from performance by the acts, representations, and/or conduct of Hartford.

13. Notwithstanding the foregoing, Hartford has failed or refused to provide coverage under the insurance policy and has failed to pay promptly the amounts due and has thereby breached the contract of insurance.

14. As a direct result of Hartford's breach of the insurance contract, Plaintiff has been financially damaged and continues to suffer damage and loss.

15. As a result of Hartford's breach of the insurance contract, it has become necessary for the Plaintiff to incur and become obligated for attorney's fees and costs in connection with the prosecution of this action. Plaintiff is entitled to have Hartford pay said fees and costs pursuant to section 627.428 and/or section 627.70152, Florida Statutes.

WHEREFORE, the Plaintiff, Suzanne Spinelli, pray this Court order Hartford Insurance Company of the Midwest to pay in full the contract of insurance, award the Plaintiff actual and compensatory damages, pre-judgment interest, costs of this action, attorney's fees, and such other and further relief as this Court may deem appropriate. Further, the Plaintiff requests a trial by jury on all issues so triable.

Date: April 4th, 2023

Respectfully submitted,

s/Andrew P. McDonald
Andrew P. McDonald, Esquire, No.: 805661
David D. Barnhill, Esquire, No: 90442
McDonald & Barnhill, P.A.
505 S. Magnolia Avenue
Tampa, FL 33606
(813) 265-2020 telephone
(813) 200-2030 facsimile
Attorneys for Plaintiff
eservice@mcdonaldbarnhill.com